# EXHIBIT A





PicRights Ltd. on behalf of Associated Press
3 Concorde Gate, Suite 209, Toronto, ON, Canada M3C 3N7
Telephone: +1 888 367 7778 , https://www.picrights.com/

July 31, 2019

Via physical mail and email

AvSport of Lock Haven                              fly@avsport.org
353 Proctor Street
Lock Haven, Pennsylvania 17745
United States

**Image License Validation for Associated Press - Reference Number: 0178-5198-2889**

Dear Business Owner,

As an introduction, PicRights Ltd. ("PicRights") provides licensing compliance services to third-party content owners, including Associated Press. Please note that PicRights is not a law firm and I am not a lawyer. PicRights has noticed that imagery represented by Associated Press has been displayed on your website. Associated Press has been unable to find a license for this usage of the imagery by your company. Therefore we are acting on behalf of Associated Press to obtain compensation for your unauthorized past use of their imagery.

*At the end of this message, we've attached a visual reference of the imagery and its use on your website.*

Our goal in contacting you is to ascertain if you hold an active license for this use with Associated Press or with any other entity authorized by Associated Press to license and distribute the imagery:

- If you do have an active license for the use of this imagery, we kindly ask you to send us your valid license / authorization, by visiting https://resolve.picrights.com/017851982889 and clicking the "I have a license…" link; or
- If you do not have an active license for the use of this imagery, we request that you remove the imagery from your website.
- Please be aware that removal of the imagery alone will not resolve this issue. We also require payment of compensation in the amount of $1150.00 for the past unauthorized usage of the imagery.
- Please contact us to resolve this matter at +1 888 367 7778 or resolve@picrights.com or by visiting: https://resolve.picrights.com/017851982889.

We would like to resolve this time-sensitive issue as soon as possible and request that you respond within 14 days from the date of this correspondence.

If you believe you have received this notice in error or have questions, please contact us with your reference number 0178-5198-2889 at +1 888 367 7778 or resolve@picrights.com.

On behalf of PicRights and Associated Press, we thank you for your cooperation and look forward to assisting you in resolving this matter.

Sincerely,

Geoff Beal
+1 888 367 7778 x2276
Compliance Officer

**PicRights Ltd.**
**resolve@picrights.com**

*To learn more about Picrights and this specific matter please visit:*
*https://resolve.picrights.com/017851982889.*
*This correspondence is without prejudice to PicRights's and Associated Press's, rights and remedies, all of which are expressly reserved.*

## DETAILS

---

**Catalog Image No. 090115148604**                    **Proof of use**

            

Page URL: http://www.avsport.org/pwrpoint/index.html

**Catalog Image No. 232345237510**                    **Proof of use**

            

Page URL: http://www.avsport.org/pwrpoint/index.html