# EXHIBIT B

Image in relation to an article or newsworthy event would qualify as fair use, which would eliminate the market for the Image.

In the interest of settling this matter, PicRights is prepared at this point to resolve this matter in exchange for a payment of $ 690.00. No further rights granted.

Price now includes 40% Reduction effective until 09/07/2019. To resolve this visit https://resolve.picrights.com/0178-5198-2889   click on the payment button and follow the instruction to pay via credit card or paypal.

Click on "Additional Supporting Documents" and you will find a copy of the Settlement agreement and Release, Statement of Authorization, Confirmation of Rights Holdership and Request for Payment.

Should you have any questions please feel free to contact me.

Yours truly,



Geoff Beal
PicRights
T: +1 888 367 7778