**EXHIBIT D**

**Subject:** Re: Copyright- AvSport of Lock Haven - Associated Press- 546499
**From:** drseti@verizon.net
**Date:** 12/10/2019, 7:36 PM
**To:** Jade Dali <jdali@higbeeassociates.com>
**CC:** drseti@verizon.net, sdc@arkpatent.com

On 12/2/2019 4:28 PM, Jade Dali wrote:

> Dear H. Paul Shuch,
>
> My name is Jade Dali and I am a Claims Resolution Specialist at the Law Firm of Higbee & Associates. I am not an attorney, but I will help gather and relay information to and from Mr. Higbee to assist in this matter. Our office has been retained to resolve a copyright infringement claim. It is important that the appropriate party review and respond to the letter our office mailed to you at AvSport of Lock Haven 353 Proctor Street Lock Haven, PA 17745 . If for any reason you did not receive our letter, please contact me and I can provide an electronic copy. I am limited on time and need to show progress within 14 days before the attorney advises our client the best way to move forward. I may be able to explain options to help prevent any unnecessary escalation of this claim. Please, contact me by responding to this email or calling me directly at (657) 229-6218.
>
> If you are represented by an attorney, please forward their contact information so that I can redirect my efforts.
>
> Law Offices of Higbee & Associates ( http://www.HigbeeAssociates.com )
> 1504 Brookhollow Dr. Suite 112, Santa Ana, CA. 92705
> Direct Phone: 657-229-6218
> Phone: (800) 716-1245 - Fax: (714) 597-6559
>
> https://www.higbeeassociates.com/
>
> ------------------------------

Jade,

I have discussed this matter with my patent attorney, Steven D. Carver Esq. (included in the present communication via cc). who has stated "this is as clear an example of Fair Use as I have ever seen." The facts in this case are as follows:

I am a retired academic, providing aviation safety training on a free, non-commercial basis, in my

capacity as a long-time volunteer Safety Team Representative for the Federal Aviation Administration. I routinely develop and deliver safety seminars without compensation, in the interest of helping to reduce aviation accidents and save lives. These seminars involve the use of PowerPoint presentations which I generate well in advance of such seminars.

The images in question were included in a PowerPoint file for an upcoming safety seminar. That presentation was a work in progress when, two months ago, I stored the PowerPoint file on my personal web server server, solely for my personal access while further developing the materials. Though not presented for public consumption, the file was apparently discovered by your client's web crawler software. Even though the images were intended for inclusion in free, non-profit educational use as allowed by Section 107 of copyright law, I immediately removed the images from my PowerPoint file, uploaded an amended file to my server's storage space, and so informed your client. I have no reason to believe that the images in question were ever viewed by anyone other than myself, your client's web crawler software, and (by extension) your client.

By the time that free safety seminar was actually presented to the public on 20 November 2019, the offending images had long been excised.

My attorney now requests that you provide him with a copy of the federal copyright filing for the two specific images in question. Such documentation may be sent to the email address in cc above. Upon his receipt thereof, I am prepared to offer for your troubles a payment to Higbee and Associates in the amount of twenty US dollars ($20.00), in full settlement of this matter.

Respectfully,

Prof. H. Paul Shuch

FAA Safety Team Lead Representative, Lock Haven PA

cc: Steven D. Carver Esq.

(letter to follow)