R. Christopher Harshman, Esq. (248214)
 chris@packetlaw.com
David M. Shaby II (97871)
 david@ds4law.com
DAVID M. SHABY II & ASSOCIATES
11949 Jefferson Blvd. Ste 104
Culver City, California 90230
Telephone:  (310) 827-7171
Facsimile:   (310) 382-2092

*Attorneys for AvSport LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| AvSport LLC, | Case no. 2:20-cv-00871 DSF (JPRx) |
|---|---|
| Plaintiff, | Assigned to the Hon. Dale S. Fischer |
| vs. | **NOTICE OF ERRATA** |
| The Associated Press; *et al* | |
| Defendants. | |

**To the Honorable Court and All Parties and Their Attorneys of Record**:

   **Please take notice** that when filing the Complaint filed January 28, 2020, including Exhibit B thereto, Plaintiff AvSport LLC inadvertently used an earlier revision of the document, and included an incomplete Exhibit B. Attached hereto are the correct Complaint (with no substantive changes, only some formatting and resolving some scrivener's and typographic errors), and the complete and correct Exhibit B.

   Counsel for Plaintiff respectfully apologizes for these inadvertent errors, and respectfully request that each Complaint and corresponding Exhibit B be corrected by interlineation or substitution, to reflect this Notice of Errata.

   Plaintiff will serve this correct Complaint and Exhibit B when serving the summons, complaint, and other documents on any defendant in this action, none of

1  whom have yet been served.

                                        Respectfully submitted,

                                        DAVID M. SHABY II & ASSOCIATES

Date: February 1, 2020       By: /s/ R. Christopher Harshman
                                            R. Christopher Harshman, Esq.
                                            Attorneys for Plaintiff AvSport LLC