**EXHIBIT B**

**Subject:** Report #404076058 , Ref #0178-5198-2889
**From:** Resolve <Resolve@picrights.com>
**Date:** 8/28/2019, 12:44 PM
**To:** "fly@avsport.org" <fly@avsport.org>

Confidential/For Settlement Purposes Only
Via Email

August 28, 2019

Ref # 0178-5198-2889

Dear H. Paul Shuch

This email is in response to your letter dated August 15, 2019.

Providing attribution and/or a link back to the source of an image without the express agreement of the copyright holder (or his/her legal representative) is still an infringement.  The end user must pay a license fee to legally validate this transaction.

It is our position that Associated Press is entitled to fees for your use of their rights-managed images and that the use of the Images does not qualify as fair use under Section 107 of the U.S. Copyright Act. The first factor examined in the fair use analysis is "the purpose and character of the use, including whether such use is of a commercial nature or is for nonprofit educational purposes."  With respect to the nonprofit educational purpose of the use, the Supreme Court has noted that "the mere fact that a use is educational and not for profit does not insulate it from a finding of infringement, any more than the commercial character of a use bars a finding of fairness."  Campbell v. Acuff-Rose Music, Inc., 510 U.S. 569, 584 (1994).  Moreover, although you are a not-for-profit organization, there is nothing educational about the use of the image itself. Further, there is nothing transformative about your use of the Images.  You have simply taken an entire Image and used it on your website with an article without any modifications or providing any compensation to the copyright owners.  You have not created any "new expression, meaning or message" through your use of an unaltered copy of the Images in connection with your article. The final factor in determining fair use, which is critical, is the effect of the use upon the potential market for or value of the copyrighted work.  The Supreme Court noted that this factor "requires courts to consider not only the extent of market harm caused by the particular actions of the alleged infringer, but also whether unrestricted and widespread conduct of the sort engaged in by the defendant ... would result in a substantially adverse impact on the potential market for the original." Campbell, 510 U.S. at 590. This important factor weighs against a finding of fair use because if your use of the images in connection with an article qualifies as fair use, it would have a substantially adverse effect on the market for the image because the image is solely licensed for editorial purposes (i.e., in connection with a newsworthy event). Indeed, **the only market for licensing the Images is for editorial use  which is exactly how you have used the Images**.  If your use of the Image constitutes fair use it would have a drastic effect on the market for the Image because it would mean that any use of the Image in relation to an article or newsworthy event would qualify as fair use, which would eliminate the market for the Image.

In the interest of settling this matter, PicRights is prepared at this point to resolve this matter in exchange for a payment of $ 690.00. No further rights granted.

Price now includes 40% Reduction effective until 09/07/2019.To resolve this visit https://resolve.picrights.com/0178-5198-2889    click on the payment button and follow the instruction to pay via credit card or paypal.

Click on "Additional Supporting Documents" and you will find a copy of the Settlement agreement and Release, Statement of Authorization, Confirmation of Rights Holdership and Request for Payment.

Should you have any questions please feel free to contact me.

Yours truly,



Geoff Beal
PicRights
T: +1 888 367 7778