R. Christopher Harshman, Esq. (248214)
 chris@packetlaw.com
David M. Shaby II (97871)
 david@ds4law.com
DAVID M. SHABY II & ASSOCIATES
11949 Jefferson Blvd. Ste 104
Culver City, California 90230
Telephone:  (310) 827-7171
Facsimile:   (310) 382-2092

*Attorneys for AvSport LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| AvSport LLC, | Case no. 2:20-cv-00871 DSF (JPRx) |
|---|---|
| Plaintiff, | Assigned to the Hon. Dale S. Fischer |
| vs. | **NOTICE OF ERRATA** |
| The Associated Press; *et al* | |
| Defendants. | |

**To the Honorable Court and All Parties and Their Attorneys of Record**:

**Please take notice** that when filing the Corrected Complaint (ECF No. 9-1), Plaintiff AvSport LLC inadvertently included standard "template" pages not meant to be a part of that document (pp. 13-19). A corrected copy of that Corrected Complaint is attached hereto. Counsel for Plaintiff respectfully apologizes for thise inadvertent error.

                        Respectfully submitted,

                        DAVID M. SHABY II & ASSOCIATES

Date: February 1, 2020     By: /s/ R. Christopher Harshman
                                        R. Christopher Harshman, Esq.
                                        Attorneys for Plaintiff AvSport LLC