Mathew K. Higbee, Esq., SBN 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8336
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com

*Attorney for Defendant*
ASSOCIATED PRESS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

AVSPORT LLC,

Plaintiff,

v.

THE ASSOCIATED PRESS; and DOES 1 through 10,

Defendants.

Case 2:20-cv-00871-DSF-JPR

**DECLARATION OF MATHEW K. HIGBEE**

**DECLARATION OF MATHEW K. HIGBEE**

I, Mathew K. Higbee, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of California and the United States District Court for the Central District of California.

2. I am the attorney for Defendant The Associated Press in this matter.

3. I am supplying this Declaration and accompanying exhibits in support of Defendant's Motion for Judgment On the Pleadings pursuant to Fed. R. Civ. 12(c).

4. The two copyrighted photographs that are at issue in this matter and identified in the Plaintiff's Complaint (¶14) were copied and inserted into written

materials that were created by Plaintiff AvSport of Lock Haven and placed on one or more pages of the Plaintiff's website www.avsport.org where, at the time of their discovery, were accessible by the general public on the World Wide Web.

5. Appended as **Exhibit "1"** is a true and correct copy/printout of the "About" page of the Plaintiff's website (www.avsport.org, the same website where Defendant's Copyrighted Photos were discovered), as displayed on May 7, 2020.

6. Appended as **Exhibit "2"** is a true and correct copy/printout of the "Flight Instruction Fees" page of the Plaintiff's website (www.avsport.org, the same website where Defendant's Copyrighted Photos were discovered) as displayed on May 7, 2020.

7. Appended as **Exhibit "3"** are true and correct copies/printouts of pages on the Plaintiff's website (at www.avsport.org, the same website where Defendant's Copyrighted Photos were discovered), as displayed on May 7, 2020, explaining the different flight service packages and fees the Plaintiff charge for those services. They include at least eight (8) different packages, ranging in price from $150 to $4,000. They include a single demo or sample flight for $150 ("A Taste of Freedom"), a one-session flight lesson for $300 cost ("Gateway to the Sky"), a four-session "mini course" for $1200 ("Flight FUNdamentals"), a twelve-session module for $4000 ("Up, Up and Away"), and more.

8. Appended as **Exhibit "4"** is a true and correct copy/printout of the "Payment Options" page of the Plaintiff's website (www.avsport.org, the same website where Defendant's Copyrighted Photos were discovered)) as displayed on May 7, 2020.

9. Appended as **Exhibit "5"** is a true and correct copy/printout of page of Plaintiff's website (at www.avsport.org, the same website where Defendant's Copyrighted Photos were discovered) as displayed on May 7, 2020, offering

aircraft rental services, plus a list of its rental rates specifically for its "SportStar Max N24AV" aircraft.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed this 21st day of May 2020, at Santa Ana, California

Mathew K. Higbee