# Exhibit 1



AvSport of Lock Haven -- 353 Proctor Street, Lock Haven PA 17745

# About AvSport of Lock Haven

AvSport LLC is a full service FAR Part 61 flight school based in Hangar One on the North side of historic Piper Memorial Airport, Lock Haven PA (ancestral home to Piper Aircraft, and birthplace of the Cub). We specialize in training candidates for the FAA Sport Pilot rating, using modern Special Light Sport (SLSA) aircraft, at about half the cost, and half the instructional time, needed to earn a Private Pilot license. We also offer our graduates, as well as other Sport Pilots, training to upgrade to higher ratings. Elsewhere on this website you can learn about our trainer aircraft, our maintenance department, our flight simulator club, and our Chief Flight Instructor. The material below will familiarize you with the new Sport Pilot rules, restrictions, and training requirements.

## Finding Us

- Our location on Piper Memorial Airport (courtesy of Mapquest)
- Driving directions from Williamsport Regional Airport, Montoursville PA (courtesy of Google Maps)
- Driving directions from University Park Airport, State College PA (courtesy of Google Maps)

## Overview

- AvSport Four Quadrant Briefing Chart
- AvSport Mission Statement
- AvSport Sport Pilot Flowchart
- AvSport Business Hours
- Sport Pilot Frequently Asked Questions
- Student Pilot Frequently Asked Questions
- Selected Publications by chief flight instructor H. Paul Shuch
- For Reluctant Moms and Dads, by Rod Machado
- Light Sport Aircraft Characteristics
- FlightAware profile
- AOPA Airports Directory entry

## Annual Reports

- 2019
- 2018
- 2017
- 2016
- 2015
- 2014
- 2013
- 2012
- 2011
- 2010

## AvSport Photo Gallery

- Flight School
- Graduates
- Events
- Downsizer Pilots
- First Solo Flights
- Students
- Instructors
- Aircraft
- Maintenance
- Awards



## Light Sport Aircraft Inspection and Maintenance



## Aviation Folk Songs



## AvSport Press Kit

/

## Web Links

### Social Networks

See AvSport's **Facebook Page**
Follow AvSport on **Twitter**
**Piper Memorial Airport** on Wikipedia
Link to Prof. Shuch's **LinkedIn page**

### Standard Training Packages:

- *A Taste of Freedom*tm      **Discovery Flight**
- *Gateway to the Sky*tm      **Introductory Lesson**
- *Flight FUNdamentals*tm **Mini-Course**
- *Up, Up, and Away*tm      **Pre-Solo Module**
- *Out On Your Own*tm      **Post-solo Module**
- *The Next Step Up*tm      **Private Pilot Add-On Module**
- *Pilot Downsizer* tm       **Sport Pilot Transition Module**
- *Airspace Ace* tm        **Class D/C/B Endorsement Course**

### Pricing and Terms:

- See details about our flight instruction fees
- Click for Payment Options
- Training Modules Explained

### Discussion Groups

- Evektor SportStar Yahoo! group
- Rotax Engine Yahoo! group
- Sport Pilot Talk discussion forum
- Dynon Avionics support forum

### AvSport Forms

- Pilot Information Sheet
- Student Pilot Training Record
- Aircraft Rental Agreement
- Liability Waiver and Hold Harmless Agreement
- Sport Pilot/LSA Personal Minimums Checklist
- Student Account Form

### Sport Pilot Documents

- FAA Sport Pilot Brochure (double-sided)
- Download our AvSport Tri-fold Brochure (double-sided)
- *A Taste of Freedom*tm and *Gateway to the Sky*tm Gift Certificates

### Flowcharts

- How to become a Sport Pilot
- How to run a Flight School

### Business Codes

- DUNS number: 07-917-1441
- SIC Code: 82499901
- NAICS Codes: 611512, 611620, 541330

### Business Documents

- Fictitious Business Name Registration, Entity No. 3919513
- Limited Liability Company, Entity No. 4223090
- LLC Operating Agreement
- Registration of Mark No. 3340652
- Sales Tax License No. 84959035
- Certificate of Insurance
- AvSport Policy Manual
- AvSport Code of Conduct
- AvSport Overview slide show
- AvSport Employee Self-Assessment

- AvSport Employment Termination Checklist
- Sample Hangar Lease
- Sample Aircraft Leaseback Agreement
- Sample Aircraft Conditional Purchase Agreement



**AvSport LLC is an FAR Part 61 Flight School, registered with the Transportation Security Administration as an approved Alien Flight Student Program provider.**



**As an FAA Safety Team approved training provider, AvSport LLC offers courses eligible for both WINGS and AMT Award credit.**





*If you can drive, you can fly!*





|- Home -|- Menu -|- About -|- Instruction -|- Aircraft -|- Maintenance -|- Events -|- Press Kit -|- Contact -|- Search -|
Copyright © AvSport of Lock Haven, a subsidiary of Microcomm Consulting
This page last updated 28 March 2020



Top of Page