Exhibit
2



**AvSport of Lock Haven -- 353 Proctor Street, Lock Haven PA 17745**

---

# Flight Instruction Fees

 ### Keeping It Real

Most flight schools (including AvSport) offer package pricing for courses leading up to a pilot's license. The lump sums advertised seldom come close to estimating your true costs. Typically, they represent the aircraft rental and flight instructor fees for the *bare minimum* of flight hours required by the FAA to qualify for a given license (irrespective of the individual pilot's actual skills, abilities, and needs). If you already know how to fly, you may meet these figures. Even so, advertised prices often omit such essential and unavoidable costs as written testing fees, flight test costs, books and instructional materials, taxes, and fuel surcharges. As such, these estimates should be regarded only as a starting point.

In order to be on an equal footing with other flight schools, when first founded, AvSport advertised pre-solo and post-solo courses leading up to the Sport Pilot license, at a total cost "*starting at* $3798." Given rising costs of fuel, maintenance, insurance, and overhead, this estimate was admittedly unrealistic a decade ago, and is even more so today. So, we no longer even attempt to cite low-ball figures; flying is admittedly an expensive pursuit.

Realistically speaking, the aspiring Sport Pilot must consider all additional charges, and should be prepared to spend on the order of $8000 in becoming licensed. Similarly, to gain Private Pilot privileges, one should expect to invest somewhere around $12,000, start to finish. Fortunately, one can spread the investment over several months of training time, thus need not commit to such a large sum up front. But, if you don't already have such amounts already banked, you would be ill-advised to even begin serious flight training. There is nothing more frustrating than running out of funds just a few yards short of the goalpost.

These costs will be relatively independent of the flight school where one plans to train, and any school that implies otherwise is probably not telling you the whole story. All FAA authorized flight schools train to the same standards, all experience the same fixed and variable expenses, and all desire to at least break even (or maybe even generate a modest profit). A properly designed flight training curriculum will be highly individualized to the personal needs of the student. Some students can master the aircraft with less training; some require a whole lot more. Like EPA estimates, your mileage may vary. AvSport doesn't cut corners; we're interested in continuing to graduate the world's safest pilots. We'd be delighted to train you at a lower cost, if possible -- but not to a lower level of competence.

---

 ### Pay As You Go

AvSport's <u>Chief Flight Instructor</u> chooses to charge for dual instruction by the lesson, rather than by the hour. This is because lessons are personalized to the individual needs of the student, and can vary in duration. Often, the best instruction occurs during preflight and postflight briefings, as the student asks questions or requests clarification about flight activities and experiences. If the clock is running, both the student and the instructor are likely to cut short this valuable educational opportunity. Flat-rate instruction allows lessons to proceed at their own pace, enabling the student to gain maximum benefit from the flight instructor's experience and expertise.

As detailed <u>below</u>, the typical primary flight lesson runs about three hours, including individualized flight and ground instruction, as well as a pre-flight briefing and post-flight debriefing. Our Chief Flight Instructor's **current fee** is $150 US per lesson (which includes taxes and fees, but *excludes* aircraft rental). Your lesson may be longer, or shorter, depending upon your personal needs, but the instructional fee will always be the same.

In addition to individualized flight and ground instruction, you may choose to train in and rent our Light Sport Trainer aircraft at AvSport's reasonable <u>hourly rates</u> (currently $150 per flight hour). Because fuel prices fluctuate, the aircraft rental rate is adjusted from time to time, so as to include a variable <u>fuel surcharge</u>, which tracks current energy costs.

Click <u>here</u> for Payment Options.

---

 ### Prices Subject to Change

Although we endeavor to keep flying affordable, we traditionally adjust our prices about once a year, to reflect our actual cost of doing business. Since our operating costs are highly variable, all prices quoted on this website, in AvSport brochures, or in our various advertisements are subject to change without notice. Students enrolling in our intensive training programs can lock in the price of a structured course by prepaying the then-current course fees in advance of class, thus protecting themselves from surprise cost increases during the academic quarter.

---

 ### Primary Flight Instruction

The typical primary lesson lasts about three hours, including (roughly) an hour of pre-flight individualized ground instruction (tutorial), one and a quarter hours or so in the air, and three quarters of an hour (more or less) for the student to ask questions, debrief, and review the flight. Flat-rate pricing means the student won't be financially pressured to rush through a lesson, nor will the instructor have a financial incentive to drag it out beyond its natural conclusion.

Of course, if the student is <u>renting</u> an aircraft from AvSport, the standard hourly rental rates will apply to actual hours flown, in addition to any instructor fees. In the case of transition training, advanced training, instrument proficiency checks, or flight reviews conducted in your own aircraft, you will be billed for the flight instructor's time only, at a flat rate currently set at $150 per flight lesson (including taxes and fees, and subject to change without notice).

---

 ### Block Discounts

Plan ahead and save. If you prepay for one of our <u>standard training packages</u>, you will realize some modest savings off our Pay-As-You-Go rates.



## Adjunct Flight Instructors

Our Chief Flight Instructor's schedule fills up fast. To spread the instructional load, AvSport selects and trains qualified adjunct instructors, who work as independent contractors, and set their own schedules. Our adjunct flight instructors have agreed to honor the per-lesson flat rate pricing structure established by our Chief Flight Instructor. You pay AvSport directly for both flight lessons and aircraft rental time, and AvSport pays the adjunct flight instructor. Check with the adjunct instructor about his or her schedule before reserving the aircraft online.



## Aircraft Rental

Once licensed, many AvSport graduates go on to purchase their own aircraft, either individually or with partners, or become members of a flying club. Others choose from time to time to rent the same plane they trained in. We encourage this, but must emphasize that scheduling priority always goes to current primary students.



## Standard Training Packages:

- *A Taste of Freedom*[tm]   Discovery Flight
- *Gateway to the Sky*[tm]   Introductory Lesson
- *Flight FUNdamentals*[tm]  Mini-Course
- *Up, Up, and Away*[tm]   Pre-Solo Module
- *Out On Your Own*[tm]   Post-solo Module
- *The Next Step Up*[tm]   Private Pilot Add-On Module
- *Pilot Downsizer*[tm]   Sport Pilot Transition Module
- *Airspace Ace*[tm]   Class D/C/B Endorsement Course



## Gift Certificates

Have you friends or family members who are interested in learning to fly? *A Taste of Freedom*[tm] or *Gateway to the Sky*[tm] gift certificates are the perfect way to get them started along the path to becoming fully qualified pilots. We'll even take a photo of the lucky recipient in the cockpit, so you can see the sparkle in his or her eyes!



*If you can drive, you can fly!*

---




/