# Exhibit 3



**AvSport of Lock Haven -- 353 Proctor Street, Lock Haven PA 17745**

---

## Your First Flight

Not sure whether you're going to love flying? Try a **discovery flight** with AvSport's Chief Flight Instructor in our Light Sport trainer. This demo flight with a fully qualified Certified Flight Instructor gives you an inexpensive way to sample the Sport Aviation experience. You will get to manipulate the controls, and learn how easy it is to become a pilot.

### Give a loved one his or her first Flight Experience!



- A $150 value, yours for only $75 (*includes 6% state sales tax*)

- Call now for your half-hour *Taste of Freedom*[tm].

- *A Taste of Freedom*[tm] Gift certificates are available.

- AvSport also offers a $150 *Gateway to the Sky*[tm] introductory lesson.

- See our other **Standard Training Packages**

You may order a Discovery Flight **Gift Certificate** through the mail, paying with a $75.00 check drawn on any US bank or US Correspondent bank. Or, you may remit by credit card (Visa, MasterCard, Discover Card, or American Express) using the secure PayPal payment service, by clicking on the graphical link below. Be sure to indicate the names of the giver and recipient with your order, as well as a postal address to which the gift certificate should be sent.

Name of recipient:

Gift from whom?



**Click on the above graphic to remit via PayPal**

**REQUEST:** To expedite your order, please send a confirming email to fly_at_AvSport_dot_org, and we'll get right on it.

**The Fine Print:** *Gift certificates are non-transferable. Certain weight, height, and health restrictions apply. We regret that our aircraft cannot safely carry passengers weighing in excess of 250 pounds. All flight participants will be asked to sign our standard Liability Waiver form.*



*If you can drive, you can fly!*

---






**AvSport of Lock Haven -- 353 Proctor Street, Lock Haven PA 17745**

---

### Your First Lesson

Not sure whether you're ready to become a pilot? Try a full **introductory lesson** with AvSport's Chief Flight Instructor in our Light Sport trainer. This aviation experience constitutes your first actual flying lesson, conducted by a fully qualified Certified Flight Instructor. You will get to fly the plane, and receive a logbook with an entry documenting your first flight.

### Give a loved one his or her first Flight Lesson!



- A $300 value, yours for only $150 (*including 6% state sales tax*)

- Includes one hour of ground instruction, one hour of actual dual flight instruction, and a thorough debrief.

- Call now to schedule your two-hour *Gateway to the Sky*tm.

- *Gateway to the Sky*tm Gift certificates are available.

- AvSport also offers a $75 *Taste of Freedom*tm discovery flight.

- See our other **Standard Training Packages**

You may order an Introductory Lesson **Gift Certificate** through the mail, paying with a $150.00 check drawn on any US bank or US Correspondent bank. Or, you may remit by credit card (Visa, MasterCard, Discover Card, or American Express) using the secure PayPal payment service, by clicking on the graphical link below. Be sure to indicate the names of the giver and recipient with your order, as well as a postal address to which the gift certificate should be sent.

Name of recipient:

Gift from whom?



**Click on the above graphic to remit via PayPal**

**REQUEST:** To expedite your order, please send a confirming email to fly_at_AvSport_dot_org, and we'll get right on it.

**The Fine Print:** *Gift certificates are non-transferable. Certain weight, height, and health restrictions apply. We regret that our aircraft cannot safely carry passengers weighing in excess of 250 pounds. All flight participants will be asked to sign our standard Liability Waiver form.*



*If you can drive, you can fly!*

---





Top of Page



**AvSport of Lock Haven -- 353 Proctor Street, Lock Haven PA 17745**

---

## *Flight FUNdamentals* <sup>tm</sup> introductory aviation mini-course

A four-lesson, minimal-commitment introduction to flight training
Priced at just $1300 including instruction, aircraft, fuel, books, supplies, taxes and fees

Have you always wanted to be a pilot, but are not sure you have the Right Stuff? Are you intimidated by the time and cash commitment required for a full pilot training course? Do you want to just try Sport flying on for size, to see how it fits you? As long as you are healthy enough to drive, you can get a realistic introduction to pilot training in four simple lessons!

**AvSport's 4-day *Flight FUNdamentals* mini-course consists of:**

- 5 hours of dual flight instruction
- 7 hours of individualized ground instruction
- unlimited use of AvSport's Flight Simulator during the course
- A complete Sport Pilot kit, consisting of all the books and pilot supplies you will need to continue all the way through to your Sport Pilot license

**Prerequisites**
To enroll in AvSport's *Flight FUNdamentals*, you must:

- be at least 16 years of age
- possess a valid US driver's license
- be able to read, write, and speak English fluently
- present evidence of US citizenship, or obtain TSA Foreign Student approval

**Curriculum**

- **Lesson 1: Meet the Aircraft**
  - Aircraft Systems and Controls (ground instruction - 1 hour 45 minutes)
  - Introduction to Airmanship (flight lesson - 1 hour 15 minutes)
- **Lesson 2: Meet the Airport**
  - Runways, Taxiways, Signs, and Lights (ground instruction - 1 hour)
  - Four Fundamentals of Flight (flight lesson - 1 hour 15 minutes)
  - Sport Pilot limitations, rules, and regulations (ground instruction - 45 minutes)
- **Lesson 3: Meet the Practice Area**
  - Communications and Collision Avoidance (ground instruction - 45 minutes)
  - Slow flight and stalls (flight lesson - 1 hour 15 minutes)
  - Emergency operations and safety (ground instruction - 1 hour)
- **Lesson 4: Meet the Traffic Pattern**
  - Pattern Procedures, Takeoffs, and Landings (ground instruction - 1 hour)
  - Circuits and Bumps (flight lesson - 1 hour 15 minutes)
  - Where Do I Go from Here? (ground instruction - 45 minutes)

**Completion Standards**
Upon successful completion of *Flight FUNdamentals*, you will:

- perform a supervised preflight safety inspection of a Light Sport trainer aircraft
- taxi an aircraft under positive control
- complete pre-takeoff engine runup and safety checks
- demonstrate Straight and Level flight, Turns, Climbs, and Descents
- fly the aircraft confidently in the takeoff and landing configurations
- traverse the rectangular traffic pattern, with your instructor assisting in takeoffs and landings
- have completed one sixth of AvSport's standard Sport Pilot licensing course
- be prepared to continue your Sport Pilot flight training with confidence and commitment

**Scheduling flexibility**
Depending upon your needs, you may schedule your four day adventure in several different ways:

- One lesson a week for four weeks
- Two lessons a week for two weeks
- The whole course in four consecutive days

**Prepay and save 15%!**

- At our normal Pay-As-You-Go rates, this course includes $1550 worth of flight and ground instruction, study materials, and aircraft rental
- This course can be yours for only $1300, *including* all taxes and fees, aircraft rental, fuel, instructor fees, books, supplies, training materials, and online videos
- All AvSport prices are subject to change without notice.

- See our other Standard Training Packages
- See further explanation of our training modules

<br>

- Download the **Flight FUNdamentals** Poster
- Download the initial **Flight FUNdamentals** Press Release
- See our other **Standard Training Packages**
- See further explanation of our training modules

## Gift Certificates Available!

You may order a *Flight FUNdamentals* **Gift Certificate** through the mail, paying with a check for $1300.00 (tax included), drawn on any US bank or US Correspondent bank. Or, you may remit by credit card (Visa, MasterCard, Discover Card, or American Express) using the secure PayPal payment service, by clicking on the graphical link below. Be sure to indicate the names of the giver and recipient with your order, as well as a postal address to which the gift certificate should be sent.

**Name of recipient:**

[                    ]

**Gift from whom?**

[                    ]



**Click on the above graphic to remit via PayPal**

**The Fine Print:** *Certain weight, height, and health restrictions apply. We regret that our aircraft cannot safely carry passengers weighing in excess of 250 pounds. All flight participants will be asked to sign our standard* Liability Waiver *form.*

 **AvSport of Lock Haven is an FAR Part 61 Flight School, registered with the Transportation Security Administration as an approved Alien Flight Student Program provider.** 



*If you can drive, you can fly!*




/



**AvSport of Lock Haven -- 353 Proctor Street, Lock Haven PA 17745**

---

## *Up, Up, and Away*<sup>tm</sup> Pre-Solo Training Module
Takes you from zero hours to your first supervised solo, in twelve three-hour lesson blocks, for $4000*

**The expanded AvSport Pre-Solo Training Module consists of:**

- 14 hours of dual flight instruction
- 1 hour of supervised solo flight experience
- 18 hours of individualized ground instruction
- a three-hour pre-solo supervised written exam
- the Gleim Sport Pilot Kit with Test Prep Software
- unlimited use of AvSport's Flight Simulator during the course

**Prerequisites**
To enroll in the AvSport Pre-Solo Training Module, you must:

- be at least 16 years of age
- possess a valid US driver's license
- be able to read, write, and speak English fluently
- present evidence of US citizenship, or obtain TSA Foreign Student approval

**Completion Standards**
Upon successful completion of this training module, you will:

- be fully qualified to operate the aircraft safely in the local traffic pattern as its sole occupant
- be ready to pass your Sport Pilot knowledge exam (FAA written test)
- have experienced the thrill of your first solo flight, an important milestone along the road to becoming a licensed Sport Pilot
- be prepared to advance to the next phase of training, the AvSport Post-Solo Module

**Prepay and save!**

- This course can be yours for only $4000, *including* all taxes and fees, aircraft rental, fuel, instructor fees, books, supplies, training materials, and online videos, as well as our current fuel surcharge, which covers prevailing energy costs
- This is the first of two modules you will complete to earn your Sport Pilot license
- Total cost of both modules is $8000, *including* all taxes and fees, aircraft rental, fuel, instructor fees, books, supplies, training materials, and online videos, as well as our current fuel surcharge (testing fees not included)
- We take only four students per academic quarter (training slots are allocated first come, first served)
- A $1000 deposit reserves your slot, with the tuition balance payable the first day of class.
- See our other **Standard Training Packages**
- See further explanation of our training modules

**\* Note:** The above hours and pricing are based upon AvSport's minimum requirements for the Sport Pilot license, which exceed FAR Part 61 requirements. Price shown includes training materials, instruction, and aircraft rental, including fuel, taxes, and fees, for a fixed number of lessons and flight hours. It does *not* include FAA examination fees, which are neither set by nor paid to AvSport. Neither does it include the cost of FAA medical certification, which some students may opt to pursue. Many students choose to receive training above and beyond the minimum required. If you desire or require additional instruction, it may be purchased at our affordable *Pay As You Go* rates.

**The Fine Print:** *Certain weight, height, and health restrictions apply. We regret that our aircraft cannot safely carry passengers weighing in excess of 250 pounds. All flight participants will be asked to sign our standard Liability Waiver form.*

- *NEW:* **also offered as a six-week Intensive Training Program**
- See our other **Standard Training Packages**
- See further explanation of our training modules



*If you can drive, you can fly!*

---

*Copyright ©* AvSport of Lock Haven, a subsidiary of Microcomm Consulting
*This page last updated 6 January 2020*






**AvSport of Lock Haven -- 353 Proctor Street, Lock Haven PA 17745**

---

## *Out On Your Own*<sup>tm</sup> Post-Solo Training Module

Takes you from your first solo flight to earning your Sport Pilot license, in twelve three-hour lesson blocks, for $4000! *

**The AvSport expanded Post-Solo Training Module consists of:**

- 10 hours of dual flight instruction
- 8 hours of solo flight experience
- 12 hours of individualized ground instruction
- a three-hour practice Oral Examination
- a three-hour practice Practical Exam (checkride)
- unlimited use of AvSport's Flight Simulator during the course

**Prerequisites**
To enroll in the AvSport Post-Solo Training Module, you must:

- have successfully completed the AvSport Pre-Solo Training Module
- have enjoyed your first Supervised Solo flight
- have passed the FAA Sport Pilot knowledge exam
- be recommended by your flight instructor for post-solo instruction

**Completion Standards**
Upon successful completion of this training module, you will:

- have met all FAA Sport Pilot training requirements
- be fully qualified to serve as Pilot In Command of a Light Sport Aircraft in both local and cross-country flight
- be ready to pass your Sport Pilot practical exam (FAA flight test)

**Prepay and save**

- This course can be yours for only $4000, *including* all taxes and fees, aircraft rental, fuel, instructor fees, books, supplies, training materials, and online videos, as well as our current fuel surcharge, which covers prevailing energy costs
- This is the second of two modules you will complete to earn your Sport Pilot license
- Total cost of both modules is $8000, *including* all taxes and fees, aircraft rental, fuel, instructor fees, books, supplies, training materials, and online videos, as well as our current fuel surcharge (testing fees not included)
- We take only four students per academic quarter (training slots are allocated first come, first served)
- A $1000 deposit reserves your slot, with the tuition balance payable the first day of class.
- See our other **Standard Training Packages**
- See further explanation of our training modules

**\* Note:** The above hours and pricing are based upon AvSport's minimum requirements for the Sport Pilot license, which exceed FAR Part 61 requirements. Price shown includes training materials, instruction, and aircraft rental, including fuel, taxes, and fees, for a fixed number of lessons and flight hours. It does *not* include FAA examination fees, which are neither set by nor paid to AvSport. Neither does it include the cost of FAA medical certification, which some students may opt to pursue. Many students choose to receive training above and beyond the minimum required. If you desire or require additional instruction, it may be purchased at our affordable *Pay As You Go* rates.

**The Fine Print:** *Certain weight, height, and health restrictions apply. We regret that our aircraft cannot safely carry passengers weighing in excess of 250 pounds. All flight participants will be asked to sign our standard Liability Waiver form.*

- *NEW:* **also offered as a six-week Intensive Training Program**
- See our other **Standard Training Packages**
- See further explanation of our training modules



*If you can drive, you can fly!*

---

*Copyright © AvSport of Lock Haven, a subsidiary of Microcomm Consulting*
*This page last updated 5 January 2020*



Top of Page



**AvSport of Lock Haven -- 353 Proctor Street, Lock Haven PA 17745**

---

## *Pilot Downsizer*<sup>tm</sup> LSA Transition Module
### Helps licensed pilots become Light Sport proficient, for a mere $1200!

Are you a Private pilot or above who hasn't flown in years? Let your medical certificate lapse, or afraid of being denied if you try to renew it? Not had a Flight Review within the previous 24 calendar months? Don't have access to a plane, but still want to fly? In need of recurrency training? Can't afford to operate a certificated aircraft? Want to downsize to something simpler? Or just want to experience the thrill of Light Sport flying? As long as you are healthy enough to drive, you can become a fully qualified Sport Pilot in just three days!

**The Need for Transition Training**

Mike Adams, vice president of underwriting for Avemco Insurance, stated in a 2009 interview that experienced pilots continue to underestimate the challenges of putting lightweight, draggy and low-powered airplanes on the pavement, resulting in the majority of LSA insurance claims. The accident trend is headed in the right direction, he said, but it has a ways to go. In 2008, Avemco added a clause to its LSA policies requiring a minimum of five hours of dual with a properly rated instructor for *any pilot, regardless of experience*, before first solo. Adams said experienced pilots need the transition time to get used to flying something tiny again, and a recent decrease in LSA accidents clearly shows that the instructor time is paying off. AvSport is pleased to provide structured transition training for experienced pilots downsizing to Light Sport Aircraft (and, in fact, all AvSport flight instructors are required to receive this same training before instructing in our aircraft).

**The 3-day AvSport LSA Transition Module consists of:**

- 5 hours of dual flight instruction
- 4 hours of individualized ground instruction
- Comprehensive written exam
- AvSport's LSA Training USB Flash drive, with manuals, checklists, and our exclusive training videos
- unlimited use of AvSport's <u>Flight Simulator</u> during the course

**Prerequisites**
To enroll in the AvSport LSA Transition Module, you must:

- possess a valid US pilot's license, Private or higher
- be healthy enough to drive
- possess a valid US driver's license, and abide by its limitations, if any
- have not withdrawn or been denied your most recent FAA Medical Certificate application, or had your FAA medical revoked or rescinded (but you need *not* have a current medical!)

**Curriculum**

- **Day 1:**
  - Aircraft preflight inspection (ground - 1 hour)
  - Basic airmanship (flight - 1 hour)
  - Sport Pilot limitations, rules, and regulations (ground - 1 hour)
- **Day 2:**
  - Slow flight and stalls (flight - 1 hour)
  - LSA Weight and Balance (ground - 1 hour)
  - Takeoffs and landings (flight - 1 hour)
- **Day 3:**
  - LSA emergency procedures (flight - 1 hour)
  - LSA documents and regulations (ground - 1 hour)
  - Cross-country operations (flight - 1 hour)
  - Final Examination (ground - time as required)

**Completion Standards**
Upon successful completion of this training module, you will:

- become comfortable with the unique flight characteristics of lightly loaded wings
- have demonstrated familiarization with the Sport Pilot and Light Sport Aircraft rules
- be authorized to operate Light Sport Aircraft as Pilot In Command
- be permitted to exercise all Sport Pilot privileges
- be fully qualified to rent and operate AvSport's Light Sport Aircraft
- have satisfied all FAA requirements for a Flight Review
- be grandfathered for Sport Pilot Class B, C, and D airspace access, if you have previously acted as PIC in such airspace

**FAA Safety Team WINGS eligibility**
This course includes recurrency training in the following areas of emphasis, satisfying all of the requirements for a phase of the FAASTeam WINGS award at the Basic level:

- K1 - Aeronautical Decision-Making
- K2 - Performance and Limitations
- K3 - Pre-flight Planning, Risk Management, Fuel Management
- F1 - Takeoffs and Landings
- F2 - Positive Aircraft Control
- F3 - Basic Flying Skills

**Prepay and save**

- This course can be yours for only $1200, *including* all taxes and fees, aircraft rental, fuel, instructor fees, books, supplies, training materials, and online videos, as well as our current fuel surcharge, which covers prevailing energy costs
- All AvSport prices are subject to change without notice.
- See our other **Standard Training Packages**
- See further explanation of our training modules

- Download **Pilot Downsizer** **Poster**
- Download **Pilot Downsizer** **Syllabus**
- See our other **Standard Training Packages**
- See further explanation of our training modules

**The Fine Print:** *Certain weight, height, and health restrictions apply. We regret that our aircraft cannot safely carry passengers weighing in excess of 250 pounds. All flight participants will be asked to sign our standard Liability Waiver form.*



**AvSport of Lock Haven is an FAR Part 61 flight school and FAA Safety Team approved training provider, offering both Wings and AMT Award credit.**





*If you can drive, you can fly!*




/



**AvSport of Lock Haven -- 353 Proctor Street, Lock Haven PA 17745**

---

## *Airspace Ace* ^tm^ *mini-course*

Prepares Sport Pilots to be PIC in Class B, C, and D airspace, for just $1200
(Also part of our Private Pilot upgrade course)

Are you a Sport Pilot seeking airspace endorsements? Working toward higher ratings? A Private Pilot or above who just isn't comfortable in the congested alphabet-soup airspace? Not had a Flight Review within the previous 24 calendar months? In need of recurrency training? Or, do you just want to review operations in more structured airspace? Then this four-day course is for you.

### The Need for Airspace Endorsements

**14 CFR Part 61.325:** How do I obtain privileges to operate a light-sport aircraft at an airport within, or in airspace within, Class B, C, and D airspace, or in other airspace with an airport having an operational control tower?

If you hold a sport pilot certificate and seek privileges to operate a light-sport aircraft in Class B, C, or D airspace, at an airport located in Class B, C, or D airspace, or to, from, through, or at an airport having an operational control tower, you must receive and log ground and flight training. The authorized instructor who provides this training must provide a logbook endorsement that certifies you are proficient in the following aeronautical knowledge areas and areas of operation:

- (a) The use of radios, communications, navigation system/facilities, and radar services.
- (b) Operations at airports with an operating control tower to include three takeoffs and landings to a full stop, with each landing involving a flight in the traffic pattern, at an airport with an operating control tower.
- c) Applicable flight rules of part 91 of this chapter for operations in Class B, C, and D airspace and air traffic control clearances.

### The 4-day AvSport Airspace Ace mini-course consists of:

- 5 hours of dual flight instruction
- 7 hours of individualized ground instruction
- Comprehensive written exam
- Online training materials, including manuals, checklists, and custom PowerPoint flight briefings
- Membership in our Sim Club, granting you unlimited use of AvSport's Flight Simulator

### Watch our Airspace Ace **Webinar Video**

### Prerequisites
To enroll in AvSport's *Airspace Ace* mini-course, you must:

- possess a valid US pilot's license, Sport Pilot or higher
- be healthy enough to drive
- possess a valid US driver's license, and abide by its limitations, if any
- have not withdrawn or been denied your most recent FAA Medical Certificate application, or had your FAA medical revoked or rescinded (but you need *not* have a current medical!)
- be checked out in, and signed off to fly, AvSport's LSA Trainer

### Curriculum

- **Day 1:**
  - Radio review (ground - 1 hour)
  - Charts and checkpoints (ground - 1 hour)
  - Class D mini-XC (flight - 1 hour)
- **Day 2:**
  - Squawk talk (ground - 1 hour)
  - Flight following (flight - 1 hour)
  - Class D pattern practice (flight - 1 hour)
- **Day 3:**
  - Entering the fray (ground - 1 hour)
  - Class C XC (flight - 2 hours)
- **Day 4:**
  - Clearance, Clarence! Vector, Victor! (ground - 1 hour)
  - Written Examination, review, and logbook endorsements (ground - 2 hours)

### Completion Standards
Upon successful completion of this training module, you will:

- become comfortable working within the Air Traffic Control system
- have demonstrated competence in radio communications, radar systems, and electronic navigation
- be endorsed to exercise Sport Pilot privileges as Pilot In Command, in Class D, C, and B airspace

- have satisfied all FAA requirements for Flight Review

**FAA Safety Team WINGS eligibility**
This course includes recurrency training in the following areas of emphasis, satisfying all of the requirements for a phase of the FAASTeam WINGS award at the Basic level:

- K1 - Aeronautical Decision Making
- K2 - Performance and Limitations
- K3 - Pre-flight Planning, Risk Management, Fuel Management
- F1 - Takeoffs and Landings
- F2 - Positive Aircraft Control
- F3 - Basic Flying Skills

**Prepay and save 15%!**

- At our normal Pay-As-You-Go rates, this course includes over $1400 worth of flight and ground instruction, study materials, and aircraft rental
- This course can be yours for only $1200, *including* all taxes and fees, aircraft rental, fuel, instructor fees, books, supplies, training materials, and online videos
- All AvSport prices are subject to change without notice.
- Download the Airspace Ace Poster
- See our other **Standard Training Packages**
- See further explanation of our training modules

**The Fine Print:** *Certain weight, height, and health restrictions apply. We regret that our aircraft cannot safely carry passengers weighing in excess of 250 pounds. All flight participants will be asked to sign our standard Liability Waiver form.*

  

**AvSport of Lock Haven is an FAR Part 61 flight school and FAA Safety Team approved training provider, offering both Wings and AMT Award credit.**



*If you can drive, you can fly!*

---







**AvSport of Lock Haven -- 353 Proctor Street, Lock Haven PA 17745**

---

## *The Next Step Up*<sup>tm</sup> Private Pilot Add-On Module
### Licensed Sport Pilots can now upgrade to Private Pilot, for just $4000! *

Are you a licensed Sport Pilot wanting to upgrade to a Private Pilot license? Can you qualify for an FAA Third Class medical certificate? If your Sport Pilot training was conducted by a fully qualified Certified Flight Instructor, it all counts toward higher ratings! Upgrade your skills at AvSport, to add Private Pilot privileges.

**The AvSport Private Pilot Add-on Course consists of:**

- 12 total three-hour training sessions
- 14 hours of dual flight instruction
- 5 hours of solo flight experience
- 17 hours of individualized ground instruction
- Gleim Sport to Private Pilot Upgrade Kit with online Test Prep software
- unlimited use of AvSport's Flight Simulator during the course

**Prerequisites**
To enroll in the AvSport Private Pilot Add-on Module, you must:

- possess a valid US Sport Pilot license
- obtain a current FAA Medical Certificate, third class or higher
- have logged your Sport Pilot dual instruction with an FAR 61 Subpart H Certified Flight Instructor
- have completed and logged a Flight Review within the prior 24 calendar months

**Recommended Schedule**
The AvSport Private Pilot Add-On course is most efficiently completed over a six week period, at two three-hour lessons per week.

**Curriculum**
AvSport's Private Pilot Add-On curriculum consists of five distinct modules, which may be completed individually, scheduled at your convenience:

- **Module 1: Airspace Ace**
  (4 hours dual, 8 hours ground instruction)
  - **Lesson 1:**
    - Radio review (ground - 1 hour)
    - Charts and checkpoints (ground - 1 hour)
    - Class D mini-XC (dual - 1 hour)
  - **Lesson 2:**
    - Squawk talk (ground - 1 hour)
    - Flight following (dual - 1 hour)
    - Class D pattern practice (dual - 1 hour)
  - **Lesson 3:**
    - Entering the fray (ground - 2 hours)
    - Airspace practice (dual - 1 hour)
  - **Lesson 4:**
    - Clearance, Clarence! Vector, Victor! (ground - 1 hour)
    - Written Examination and review (ground - 2 hours)

- **Module 2: Head in the Clouds**
  (3 hours dual, 3 hours ground instruction)
  - **Lesson 1:**
    - VOR navigation (ground - 1 hour)
    - Attitude instrument flying (dual - 2 hours)
  - **Lesson 2:**
    - Radar services and ATC assistance (ground - 2 hours)
    - Recovery from unusual attitudes (dual - 1 hour)

- **Module 3: Out After Dark**
  (3 hours dual, 3 hours ground instruction)
  - **Lesson 1:**
    - Night operations (ground - 2 hours)
    - Night takeoffs and landings (dual - 1 hour)
  - **Lesson 2:**
    - Night cross-country procedures (ground - 1 hour)
    - Night dual cross-country (dual - 2 hours)

- **Module 4: Stretching your legs**
  (3 hours solo, 3 hours ground instruction)
  - ○ **Lesson 1:**
    - Planning the long cross-country (ground - 3 hours)
  - ○ **Lesson 2:**
    - Solo long cross-country (solo - 3 hours)

- **Module 5: Checkride prep**
  (2 hours solo, 2 hours dual, 2 hours ground instruction)
  - ○ **Lesson 1:**
    - Maneuvers practice (solo - 2 hours)
    - IACRA application (ground - 1 hour)
  - ○ **Lesson 2:**
    - Review FAA knowledge test results (ground - 1 hour)
    - Practice practical test (dual - 2 hours)

**Completion Standards**

Upon successful completion of this training module, you will:

- ○ have met all FAA Private Pilot training requirements
- ○ have received instruction and endorsements to fly in Class B, C, and D airspace
- ○ have gained proficiency in night flight operations
- ○ have flown your long (150 nautical mile) solo cross country, with landings at 3 airports
- ○ have passed your Private Pilot Knowledge (FAA written) exam
- ○ be ready to pass your Private Pilot practical (FAA flight test) exam
- ○ be fully qualified to serve as Pilot In Command for day and night flight under Visual Flight Rules (VFR)

**Prepay and save**

- This course can be yours for only $4000, *including* all taxes and fees, aircraft rental, fuel, instructor fees, books, supplies, training materials, and online videos, as well as our current <u>fuel surcharge</u>, which covers prevailing energy costs
- Price does not include written and practical test fees, or required medical examination
- This is the third of three courses (Sport Pilot pre-solo, Sport Pilot post-solo, and Private Pilot add-on) you will complete to go from zero hours to fully licensed Private Pilot
- Total cost of all three courses is $12,000, *including* all taxes and fees, aircraft rental, fuel, instructor fees, books, supplies, training materials, and online videos, as well as our current <u>fuel surcharge</u>, which may vary with prevailing energy costs
- If you have already completed AvSport's Airspace Ace add-on course, you have satisfied Module 1, and you will receive the appropriate discount
- If you have already completed your Private Pilot long cross-country flight, you have satisfied Module 4, and will receive the appropriate discount
- If you have already satisfied *both* Module 1 and Module 4, you have completed half of the Private Pilot add-on. The remaining training is available at half the price of the full Private Pilot module.
- We take only four students per academic quarter (training slots are allocated first come, first served)
- A $1000 deposit reserves your slot, with the tuition balance payable the first day of class.
- See our other **Standard Training Packages**
- See further explanation of our <u>training modules</u>

**\* Note:** The above hours and pricing are based upon AvSport's minimum standards for the Private Pilot license, which exceed FAR Part 61 requirements. Price includes training materials, instruction, and aircraft rental for a fixed number of lessons and flight hours. It does *not* include FAA knowledge and practical examination fees, which are neither set by nor paid to AvSport. Neither does it include the cost of FAA medical certification, which is required for Private Pilot and above ratings. Many students receive training above and beyond the minimum required. If you desire or require additional instruction, it may be purchased at our affordable *Pay As You Go* rates.

**The Fine Print:** *Certain weight, height, and health restrictions apply. We regret that our aircraft cannot safely carry passengers weighing in excess of 250 pounds. All flight participants will be asked to sign our standard <u>Liability Waiver</u> form.*

- View our **Stepping Up Poster**
- See our other **Standard Training Packages**
- See further explanation of our <u>training modules</u>



*If you can drive, you can fly!*

 
