# Exhibit 4



**AvSport of Lock Haven -- 353 Proctor Street, Lock Haven PA 17745**

---

## Payment Options

You may pay AvSport for aircraft rental, flight instruction, pilot supplies, or other services via personal check drawn on any US bank or US Correspondent bank. Or, you may deposit funds to your AvSport account, by credit card (Visa, MasterCard, Discover Card, or American Express) in person by letting us swipe your card. Or, if you prefer, you may remit by credit card online using the secure PayPal payment service, by clicking on the graphical link below, and entering the appropriate dollar amount.



**Click here or on the above graphic to remit via PayPal**

Or, you may prefer to log on to your own PayPal account at www.PayPal.com, and request that your remittance be directed to fly@AvSport.org.



*If you can drive, you can fly!*

---





|- Home -|- Menu -|- About -|- Instruction -|- Aircraft -|- Maintenance -|- Events -|- Press Kit -|- Contact -|- Search -|
Copyright © AvSport of Lock Haven, a subsidiary of Microcomm Consulting
*This page last updated 17 October 2011*



**Top of Page**