# Exhibit 5

**AvSport of Lock Haven -- 353 Proctor Street, Lock Haven PA 17745**

---

### Rental Costs: Evektor SportStar Max Trainer

**Aircraft Rental:** AvSport of Lock Haven currently rents its SportStar Max trainer to qualified pilots for $150.00 US per flight hour (wet, Hobbs), including applicable Pennsylvania sales tax.

- "Wet" means the rental rate includes fuel.
- "Hobbs" means flight hours are determined by a Hobbs Meter, an electronic clock installed in the plane that advances only when the engine is operating.
- The Commonwealth of Pennsylvania currently charges 6% sales tax on all equipment rentals.
- Because operating costs tend to fluctuate, the hourly Hobbs rate is changed from time to time. It *includes* a fuel surcharge, which may vary without notice.
- Click here for Payment Options.

**Hobbs Pricing:** Click here to download the current total rental rates for our SportStar Max (including all taxes and fuel surcharge). Please note that the indicated prices are subject to change as a function of actual operating costs.

**Standard Course Discount:** An AvSport student who chooses to prepay for one of our standard training courses can save up to 25% off both instructor fees an aircraft rental.

**Flight Instruction:** AvSport charges for instructor time separately from the rental of the aircraft. See this page for details.

Try a full one-hour **introductory lesson** with AvSport's Chief Flight Instructor in our Light Sport trainer for just $150 US, including 6% state sales tax. This aviation experience constitutes your first actual flying lesson, conducted by a fully qualified Certified Flight Instructor. You will get to fly the plane, and receive a logbook with an entry documenting your first flight (as well as a souvenir photo of you at the controls). Gift certificates are available. Call now to schedule your *Gateway to the Sky*[tm].

Not sure whether you're going to love flying? Try our $75 (including tax) **discovery flight** with AvSport's Chief Flight Instructor in our Light Sport trainer. This demo flight with a fully qualified Certified Flight Instructor gives you an inexpensive way to sample the Sport Aviation experience. Upon request, your flight instructor will explain to you the operation of the controls. Or, if you prefer, you can just sit back and enjoy the ride. Gift certificates are available. Call now to schedule *A Taste of Freedom*[tm].

**The Fine Print:** *For flight instruction, introductory lessons, and discovery flights alike, certain weight, height, and health restrictions apply. We regret that our aircraft cannot safely carry passengers weighing in excess of 250 pounds. All students and Demo Flight recipients will be asked to sign our standard* Liability Waiver *form.*



*If you can drive, you can fly!*

---







## SportStar Max N24AV Rental Rates

revised: 1-Dec-2019

| Hobbs Hours | Rent @ $130/hr | Fuel Surcharge | 6% Sales Tax | Total |
|---|---|---|---|---|
| 0.1 | $ 13.00 | $ 1.15 | $ 0.85 | $ 15.00 |
| 0.2 | $ 26.00 | $ 2.30 | $ 1.70 | $ 30.00 |
| 0.3 | $ 39.00 | $ 3.45 | $ 2.55 | $ 45.00 |
| 0.4 | $ 52.00 | $ 4.60 | $ 3.40 | $ 60.00 |
| 0.5 | $ 65.00 | $ 5.76 | $ 4.25 | $ 75.00 |
| 0.6 | $ 78.00 | $ 6.91 | $ 5.09 | $ 90.00 |
| 0.7 | $ 91.00 | $ 8.06 | $ 5.94 | $ 105.00 |
| 0.8 | $ 104.00 | $ 9.21 | $ 6.79 | $ 120.00 |
| 0.9 | $ 117.00 | $ 10.36 | $ 7.64 | $ 135.00 |
| 1.0 | $ 130.00 | $ 11.51 | $ 8.49 | $ 150.00 |
| 1.1 | $ 143.00 | $ 12.66 | $ 9.34 | $ 165.00 |
| 1.2 | $ 156.00 | $ 13.81 | $ 10.19 | $ 180.00 |
| 1.3 | $ 169.00 | $ 14.96 | $ 11.04 | $ 195.00 |
| 1.4 | $ 182.00 | $ 16.11 | $ 11.89 | $ 210.00 |
| 1.5 | $ 195.00 | $ 17.27 | $ 12.74 | $ 225.00 |
| 1.6 | $ 208.00 | $ 18.42 | $ 13.58 | $ 240.00 |
| 1.7 | $ 221.00 | $ 19.57 | $ 14.43 | $ 255.00 |
| 1.8 | $ 234.00 | $ 20.72 | $ 15.28 | $ 270.00 |
| 1.9 | $ 247.00 | $ 21.87 | $ 16.13 | $ 285.00 |
| 2.0 | $ 260.00 | $ 23.02 | $ 16.98 | $ 300.00 |
| 2.1 | $ 273.00 | $ 24.17 | $ 17.83 | $ 315.00 |
| 2.2 | $ 286.00 | $ 25.32 | $ 18.68 | $ 330.00 |
| 2.3 | $ 299.00 | $ 26.47 | $ 19.53 | $ 345.00 |
| 2.4 | $ 312.00 | $ 27.62 | $ 20.38 | $ 360.00 |
| 2.5 | $ 325.00 | $ 28.78 | $ 21.23 | $ 375.00 |
| 2.6 | $ 338.00 | $ 29.93 | $ 22.08 | $ 390.00 |
| 2.7 | $ 351.00 | $ 31.08 | $ 22.92 | $ 405.00 |
| 2.8 | $ 364.00 | $ 32.23 | $ 23.77 | $ 420.00 |
| 2.9 | $ 377.00 | $ 33.38 | $ 24.62 | $ 435.00 |
| 3.0 | $ 390.00 | $ 34.53 | $ 25.47 | $ 450.00 |