Mathew K. Higbee, Esq., SBN 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8336
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com

*Attorney for Defendant*
ASSOCIATED PRESS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AVSPORT LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE ASSOCAITED PRESS; and DOES 1 through 10,<br><br>　　　　　Defendants. | Case 2:20-cv-00871-DSF-JPR<br><br>**DECLARATION OF MATHEW K. HIGBEE** |

DECLARATION OF MATHEW K. HIGBEE　　1

# DECLARATION OF MATHEW K. HIGBEE

I, Mathew K. Higbee, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of California and the United States District Court for the Central District of California.

2. I am the attorney for Defendant Associated Press in this matter.

3. I make this Declaration in response to the Order to Show Cause issued by the Court on June 2, 2020 at Dkt. #25.

4. Upon receiving a copy of the Court's Order Setting Scheduling Conference I had my paralegal Diana Ramirez review its contents and calendar the appropriate deadlines.

5. Upon the issuance of the Order to Show Cause for failure to file the Rule 26(f) Report, I reviewed my calendar and noted that the Scheduling Conference was calendared to take place at 11 a.m. on June 8, but that the deadline to file the Joint Rule 26(f) Report was calendared as June 22:



6. I follow with Ms. Ramirez to inquire about the apparent calendaring discrepancy.

DECLARATION OF MATHEW K. HIGBEE  2

7. I was informed by Ms. Ramirez that the June 22 filing deadline that was calendared stemmed from language in the Court's Order Setting Scheduling Conference which states that the Joint Report is to be filed "not later than 14 days *after* the conference:"

> Case 2:20-cv-00871-DSF-JPR   Document 20   Filed 03/30/20   Page 2 of 9   Page ID #:277
>
> 1  The conference will be held pursuant to Rule 16(b) of the Federal Rules of
> 2  Civil Procedure (hereafter referred to as "Rule __"). The parties are reminded of
> 3  their obligations under Rule 26(a)(1) to disclose information (without awaiting a
> 4  discovery request), and under Rule 26(f) to confer on a discovery plan not later
> 5  than 21 days before the scheduling conference ==and to file a "Joint Rule 26(f)==
> 6  ==Report" with the Court not later than 14 days after the conference.== Paper

8. At no point prior to the Court's Order to Show Cause was anyone from my office contacted by anyone from Plaintiff's counsel's office to discuss the Rule 26 report.

9. Based on the calendaring error and that fact that I had not been contacted by Plaintiff's counsel, I did not realize the deadline had passed and mistakenly assumed that the parties had an additional three weeks in which to complete and file the Joint Report.

10. Since the Court issued its Order to Show Cause, my associate Ryan Carreon has been in communication with counsel for Plaintiff AvSport and has submitted Defendant's portion of the Joint Report, which I am informed has been filed with the Court.

11. I apologize for the error and will make efforts to ensure that all deadlines are properly calendared and met in the future.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed this June 5, 2020, at Santa Ana, California,

_____
Mathew K. Higbee

DECLARATION OF MATHEW K. HIGBEE        3