R. Christopher Harshman, Esq. (248214)
  chris@packetlaw.com
David M. Shaby II (97871)
  david@ds4law.com
DAVID M. SHABY II & ASSOCIATES
11949 Jefferson Blvd. Ste 104
Culver City, California 90230
Telephone:   (310) 827-7171
Facsimile:   (310) 382-2092

*Attorneys for AvSport LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| AvSport LLC, | Case no. 2:20-cv-00871 DSF (JPRx) |
|---|---|
| Plaintiff, | Assigned to the Hon. Dale S. Fischer |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| The Associated Press, *et al* | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(1)(B), the parties in this action stipulate to the dismissal of this action with prejudice.

Respectfully submitted,

DAVID M. SHABY II & ASSOCIATES

Date: May 27, 2021        By: /s/ R. Christopher Harshman
                              R. Christopher Harshman, Esq.
                              Attorneys for Plaintiff AvSport LLC

*The above signatory attests that concurrence in the filing of this document has been obtained from the signatory indicated by the following "conformed" signature:*

LAW FIRM OF HIGBEE & ASSOCIATES

Date: May 27, 2021        By: /s/ Mathew Higbee
                              Mathew Higbee, Esq.
                              Attorneys for The Associated Press

Title